FILED

04/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0639

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

RYAN BARKLEY,

     Defendant and Appellant.

_____

ORDER

The parties to this appeal have filed a stipulation and motion to dismiss the appeal with prejudice. The parties stipulate that the case should be remanded for the Fourth Judicial District Court, Missoula County, to strike conditions 37 and 38 from the written judgment in DC-20-473, and that the appeal should be dismissed upon that remand. The parties further move that remittitur should issue immediately. Good cause appearing,

IT IS ORDERED that this matter is remanded for the Fourth Judicial District Court, Missoula County, to revise the written judgment in DC-20-473 by striking conditions 37 and 38.

IT IS FURTHER ORDERED that the remainder of this appeal is DISMISSED with prejudice.

IT IS FURTHER ORDERED that remittitur shall issue immediately.

The Clerk is directed to provide copies of this Order to all counsel of record and to the Honorable Jason Marks, presiding judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 14 2022